## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Doris K Large

                Plaintiff,

v.                                      Case No.: 1:16−cv−07194
                                                Honorable John Robert Blakey

Chief Executive Office, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 12, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Case called for status and no one appeared, either initially or when the case was recalled at the end of the Court's status and motion call. Neither side advised the Court of any conflict. On 10/6/2016, the Parties were warned that any failure to appear on 10/12/2016 may result in dismissal of this case for want of prosecution pursuant to Local Rule 41.1. This case is hereby dismissed for want of prosecution. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.